**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICKY CHRISTIAN, LESLIE RICHARDSON, JOSE ALBERTO ALEMAN LOPEZ, MICHELLE FYDA, MADISON ELLIOTT and JENNIFER APARICIO, *for themselves and all similarly situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>Defendant. | ) | Civil Action No. 2:22-cv-02253-JDW |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Ricky Christian, Jr., Leslie Richardson, Jose Alberto Aleman Lopez, Michelle Fyda, Madison Elliott, and Jennifer Aparicio ("Plaintiffs"), individually and on behalf of the proposed Settlement Classes, respectfully move the Court for preliminary approval of the proposed class action settlement with Defendant Trans Union, LLC ("TransUnion"). Plaintiffs respectfully request that the Court: (1) preliminarily approve the proposed Settlement, (2) certify the Settlement Classes for settlement purposes, (3) direct notice to be distributed to the Settlement Classes, and (4) schedule a final approval hearing. TransUnion does not oppose the relief sought in this Motion.

Respectfully submitted,

Date: August 14, 2026

*/s/ E. Michelle Drake*

BERGER MONTAGUE PC
E. Michelle Drake (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: 612-594-5999

Fax: 612-584-4470
emdrake@bm.net
jhashmall@bm.net

Zachary M. Vaughan (*pro hac vice*)
1001 G Street NW, Suite 400 East
Washington, DC 20001
Tel: 202-559-9740
zvaughan@bm.net

Shanon J. Carson (Pa. I.D. No. 85957)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: 215-875-4656
Fax: 215-875-4604
scarson@bm.net

KELLY GUZZO, PLC
Kristi C. Kelly, *pro hac vice*
Andrew J. Guzzo, *pro hac vice*
Casey Nash, *pro hac vice*
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
casey@kellyguzzo.com

*Counsel for Plaintiffs*

## **CERTIFICATION OF UNCONTESTED MOTION**

Pursuant to Local Rule of Civil Procedure 7.1(b), the undersigned counsel certifies that this Motion is uncontested by Defendant Trans Union, LLC.

Date: August 14, 2026

*__/s/ E. Michelle Drake______*
E. Michelle Drake